# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LEE HILLS, JR.,<br><br>　　　　　Defendant. | Case No.  1:14-mj-000175-SAB-1<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 13) |

　　　　On August 28, 2015, this Court issued an order for Defendant to show cause why his probation should not be revoked for his failure to file a status report in compliance with the Court's order.  (ECF No. 13.)  Defendant was ordered to file a status report within five days and to personally appear for a probation status hearing on September 17, 2015.  (Id.)  On August 31, 2015, Defendant filed a status report and documentation of his compliance with the terms of his probation.  (ECF Nos. 14, 15.)  A status hearing was held on September 17, 2015, at which defendant was not personally present.  (ECF No. 16.)

　　　　The Court finds that any noncompliance with the orders of this Court were not due to Defendant, but are to be attributed to his counsel's failure to read the orders issued in this case.  Counsel was admonished in court that he is to read and comply with the orders issued by the Court.  Counsel's lack of care in neglecting to carefully read the judgment/orders issued in this action resulted in the waste of valuable court resources.  Any further such incidents may result in

1 the imposition of sanctions.

2    Accordingly, IT IS HEREBY ORDERED that the order to show cause filed August 28,
3 2015 is DISCHARGED.

IT IS SO ORDERED.

Dated:  **September 17, 2015**

UNITED STATES MAGISTRATE JUDGE